UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-                                          Crim. No. 16-181(JLL)

QUAWEE JONES,

                Defendant.
---------------------------------------------------------X

TO:   Robert Frazer, AUSA
        Josh Hafetz, AUSA
        United States Attorney's Office
        970 Broad Street, Rm. 700
        Newark, NJ 07102

        PLEASE TAKE NOTICE that on a date set by the Court, the undersigned attorney for the defendant Quawee Jones, will move before the Honorable Jose L. Linares, U.S.D.J., for an Order granting the following relief:

1. A Bill of Particulars;

2. Suppression of evidence obtained from wiretaps;

3. Dismiss the superseding indictment because it charges two or more distinct conspiracies in one count;

4. The immediate production of expert reports;

5. The immediate production of <u>Brady</u> and <u>Giglio</u> materials;

6. Requiring the government to preserve rough notes taken during the course of the joint state and federal investigation;

7. Early production of Jencks materials;

8. The immediate production of Rule 16(a)(1) evidence;

9.  Early production of co-conspirator's statements;

10. To determine admissibility and audibility of recorded statements;

11. Immediate identification of confidential informants;

12. Immediate disclosure of 404(b) evidence;

13. Permission for Jones to join in applicable motions made by co-defendants; and

14. Permission for Jones to file any necessary, additional motions.

In support of this motion, defendant Quawee Jones will rely upon the annexed brief.

                              LAW OFFICES OF STEPHEN TURANO
                              Attorneys of Defendant Quawee Jones

                              BY: /s/ *Stephen Turano*
                                    STEPHEN TURANO, ESQ.
                                    (ST 2052)

Dated: January 20, 2017